AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 0:17-CV-04910-DWF-LIB

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* ANI PHARMACEUTICALS, INC.
was received by me on *(date)* 10/31/17

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* AMY MCLAREN (MANAGING AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* ANI PHARMACEUTICALS, INC. C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE STREET, WILMINGTON, DE 19801 on *(date)* 10/31/17   3:30 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 10/31/17

*Server's signature*

DENORRIS BRITT   PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS
PO BOX 1360
WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS; COMPLAINT AND JURY DEMAND; CIVIL COVER SHEET

SWORN TO ME ON 10/31/17

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 14, 2020