## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Arbor Pharmaceuticals, LLC, | Case No. 17-cv-4910 (DWF/LIB) |
| Plaintiff, | |
| v. | |
| ANI Pharmaceuticals, Inc., | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties through counsel hereby stipulate to the dismissal of this action with prejudice, each side to bear its own costs and fees.

Dated: August 10, 2021

| **Attorneys for Plaintiff** <br> **ARBOR PHARMACEUTICALS, LLC:** | **Attorneys for Defendant** <br> **ANI PHARMACEUTICALS, INC.:** |
|---|---|
| */s/Andre Hanson* | */s/ James T. Wilcox* |
| **Andre Hanson** <br> Minnesota Bar No. 0258234 <br> andre.hanson@nortonrosefulbright.com <br> Norton Rose Fulbright US LLP <br> 60 South Sixth Street, Suite 3100 <br> Minneapolis, Minnesota 55402-2112 <br> T +1 612 321 2800 | **Adam E. Szymanski** <br> Minnesota Bar No. 397704 <br> szymanski@ptslaw.com <br> Patterson Thuente Pedersen, P.A. <br> 4800 IDS Centre <br> 80 South 8th Street <br> Minneapolis, Minnesota 55402-2100 <br> T +1 612 349 5740 |
| **Saul Perloff** (*pro hac vice*) <br> Shearman and Sterling, LLP <br> 300 West 6th Street, 22nd Floor <br> Austin, Texas 78701 <br> Tel:  +1 (512) 647-1970 <br> saul.perloff@shearman.com | **Lloyd Smith** (*Pro Hac Vice*) <br> Lloyd.smith@bipc.com <br> **James T. Wilcox** (*Pro Hac Vice*) <br> james.wilcox@bipc.com <br> Buchanan Ingersoll & Rooney PC <br> 1737 King Street, Suite 500 <br> Alexandria, Virginia 22314-2727 <br> T +1 703 836 6620 |